**05-43169**

| FORM B1 | United States Bankruptcy Court Western District of Washington | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Inman, Gerald Alan** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**1067** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1105 15th Street Northwest**<br>**Puyallup, WA 98371** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:　　**King** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

*Western District of Washington*
*APR - 7 2005*
*U.S. Bankruptcy Court*

*FILED*
*Western District of Washington*
*at Seattle*
*APR - 7 2005*
*U.S. Bankruptcy Court*

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☑ Individual(s) | ☐ Railroad | ☑ Chapter 7　　☐ Chapter 11　　☐ Chapter 13 | |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9　　☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other _____ | ☐ Clearing Bank | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☑ Consumer/Non-Business | ☐ Business | ☑ Full Filing Fee Attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 |
|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 |
|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

```
Case # : 05-43169-PBS7
Name   : GERALD ALAN INMAN
Judge  : PAUL SNYDER
Trustee: TANYA PEMBERTON
    341: 05/18/05   @ 08:30am
Chapter: 7
-------------------------------
Filed : April 08, 2005  09:29:07
Deputy : G RIEKENA
Receipt: 394147
-------------------------------
RELIEF ORDERED
Clerk, U.S. Bankruptcy Court
Western District of Washington
```

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)**Gerald Alan Inman** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed:     **NONE** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Gerald A. Inman_
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

**253-906-8207**
Telephone Number (If not represented by attorney)

_3-14-05_
Date

### Signature of Attorney

X **Not Applicable**
Signature of Attorney for Debtor(s

_____
Printed Name of Attorney for Debtor(s) / Bar No.

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **Not Applicable**
Signature of Attorney for Debtor(s)                         Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.
☒  No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Ann Shipley**
Printed Name of Bankruptcy Petition Preparer

**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**
Social Security Number (Required by 11 U.S.C. § 110(c).)

**616 Jason Avenue North,**
Address
**Kent, WA  98030**

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

Magen Merkle        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

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _Ann Shipley_
Signature of Bankruptcy Petition Preparer

_3-14-05_
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Name of Debtors:   **Gerald Alan Inman**

Case Number:

| ADDITIONAL SIGNED SHEETS FOR OTHER BANKRUPTCY PETITION PREPARERS |
|---|

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARERS (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Magen Merkle**                                                    **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**
Printed or Typed Name of Bankruptcy Preparer                        Social Security No.

**616 Jason Avenue North**                                          (Required by 11 U.S.C. § 110(c).)

**Kent,  WA  98030**
Address

X _____                                          3/14/05
Magen Merkle                                                        Date

A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

Form B6
(6/90)

# United States Bankruptcy Court
# Western District of Washington

In re  **Gerald Alan Inman**

Case No.

Chapter  **7**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 2,400.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 14,669.06 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 10 | | $ 48,586.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 2,255.61 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 2,265.00 |
| Total Number of sheets in ALL Schedules ➢ | | 22 | | | |
| Total Assets ➢ | | | $ 2,400.00 | | |
| Total Liabilities ➢ | | | | $ 63,255.06 | |

FORM B6A

(6/90)

In re: __Gerald Alan Inman_____ ,   Case No. _____

                        Debtor                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total ➤ | 0.00

(Report also on Summary of Schedules.)

In re  **Gerald Alan Inman**                                                                    Case No. _____

_____                                                                    _____
Debtor                                                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION. |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with Terry Robinson Located at: 1513 Willow Street Sumenr, WA 98390** | | 950.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Contents Located at: 1105 15th Street Northwest Puyallup, WA 98371** | | 750.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Personal Clothing Located in Debtor's Possession** | | 200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

In re **Gerald Alan Inman**                Case No. _____
            Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1986 Ford Tempo GL VIN # 1FABP23X16K254071 Located in Debtor's Possession | | 500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| | | | | |

In re **Gerald Alan Inman**                                                   , Case No. _____

_____                                                   _____
                Debtor                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

_2_   continuation sheets attached          Total ▸      **$  2,400.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  **Gerald Alan Inman** _____ , **Case No.** _____
　　　　　　　　　　Debtor.　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☒ 11 U.S.C. § 522(b)(1)　　Exemptions provided in 11 U.S.C. § 522(d).　　**Note: These exemptions are available only in certain states.**

☐ 11 U.S.C. § 522(b)(2)　　Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1986 Ford Tempo GL VIN # 1FABP23X16K254071 Located in Debtor's Possession | 11 USC § 522(d)(2) | 500.00 | 500.00 |
| Household Contents Located at: 1105 15th Street Northwest Puyallup, WA 98371 | 11 USC § 522(d)(3) | 750.00 | 750.00 |
| Personal Clothing Located in Debtor's Possession | 11 USC § 522(d)(3) | 200.00 | 200.00 |
| Security Deposit with Terry Robinson Located at: 1513 Willow Street Sumenr, WA 98390 | 11 USC § 522(d)(3) | 950.00 | 950.00 |

In re: **Gerald Alan Inman** _____ , Case No. _____
          Debtor                                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE | | | | | |

0 Continuation sheets attached

| | |
|---|---|
| Subtotal ➤ (Total of this page) | $0.00 |
| Total ➤ (Use only on last page) | $0.00 |

(Report total also on Summary of Schedules)

In re    **Gerald Alan Inman** _____    Case No. _____
                          Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**       (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐  **Other Priority Debts**

* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1  Continuation sheets attached

Form B6E - Cont.
(12/03)

In re **Gerald Alan Inman**, Case No. _____

Debtor (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1125232**<br>**Allied Credit/ Alliance**<br>717 Constitution Drive<br>Exton, PA 19341 | | | 03/01/1999<br>**Collection Agency for Pierce County District Court** | | X | | 966.00 | 966.00 |
| ACCOUNT NO. **1469090**<br>**Allied Credit/ Alliance**<br>717 Constitution Drive<br>Exton, PA 19341 | | | 02/01/2000<br>**Collection Agency for Fife Municipal Court** | | X | | 150.00 | 150.00 |
| ACCOUNT NO. **1518932**<br>**Allied Credit/ Alliance**<br>717 Constitution Drive<br>Exton, PA 19341 | | | 03/01/2003<br>**Collection Agency for Fife Municipal Court** | | X | | 177.00 | 177.00 |
| ACCOUNT NO. **1469090**<br>**Fife Municipal Court**<br>3737 Pacific Highway East<br>Tacoma, WA 98424 | | | 02/01/1999<br>**Traffic Ticket** | | X | | 0.00 | 0.00 |
| ACCOUNT NO. **1518932**<br>**Fife Municipal Court**<br>3737 Pacific Highway East<br>Tacoma, WA 98424 | | | 03/01/1999<br>**Traffic Ticket** | | X | | 0.00 | 0.00 |
| ACCOUNT NO. **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**<br>**Internal Revenue Service**<br>Ogden, UT 84201 | | | 04/01/1997<br>**Back Taxes Owed** | | X | | 13,376.06 | 13,376.06 |
| ACCOUNT NO. **1125232**<br>**Pierce District Court**<br>1902 96th Street South<br>Tacoma, WA 98444 | | | 03/01/1998<br>**Traffic Ticket** | | X | | 0.00 | 0.00 |

Sheet no. 1 of 1 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ (Total of this page) **$14,669.06**

Total ➤ (Use only on last page of the completed Schedule E.) **$14,669.06**

(Report total also on Summary of Schedules)

Form B6F (12/03)

In re **Gerald Alan Inman**                                   Case No. _____
        _____,
              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **WSH9929759**<br><br>**AAA Collectors, Inc.**<br>**2950 North Academy Blvd.**<br>**Colorado Springs, CO 80917** | | | **08/01/1999**<br><br>**Collection Agency for Angela's Restaurant** | | X | | 88.00 |
| ACCOUNT NO.   **1999951**<br><br>**Albertson's**<br>**26100 Pacific Highway South**<br>**Kent, WA 98032** | | | **12/01/1997**<br><br>**Bounced Check** | | X | | 0.00 |
| ACCOUNT NO.   **1999970**<br><br>**Albertson's**<br>**26100 Pacific Highway South**<br>**Kent, WA 98032** | | | **01/01/1998**<br><br>**Bounced Check** | | X | | 0.00 |
| ACCOUNT NO.   **1999943**<br><br>**Albertson's**<br>**26100 Pacific Highway South**<br>**Kent, WA 98032** | | | **12/01/1997**<br><br>**Bounced Check** | | X | | 0.00 |
| ACCOUNT NO.   **1999958**<br><br>**Albertson's**<br>**26100 Pacific Highway South**<br>**Kent, WA 98032** | | | **12/01/1997**<br><br>**Bounced Check** | | X | | 0.00 |

**9**   Continuation sheets attached

Subtotal   ▶     | $88.00 |

Total   ▶

In re   **Gerald Alan Inman**                               ,   Case No.                 

                  **Debtor**                                                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **1999960**<br><br>**Albertson's**<br>**26100 Pacific Highway South**<br>**Kent, WA 98032** | | | 12/01/1997<br><br>**Bounced Check** | | X | | 0.00 |
| ACCOUNT NO.   **1999929**<br><br>**Albertson's**<br>**26100 Pacific Highway South**<br>**Kent, WA 98032** | | | 07/01/1997<br><br>**Bounced Check** | | X | | 0.00 |
| ACCOUNT NO.   **1999947**<br><br>**Albertson's**<br>**26100 Pacific Highway South**<br>**Kent, WA 98032** | | | 12/01/1997<br><br>**Bounced Check** | | X | | 0.00 |
| ACCOUNT NO.   **1999965**<br><br>**Albertson's**<br>**26100 Pacific Highway South**<br>**Kent, WA 98032** | | | 12/01/1997<br><br>**Bounced Check** | | X | | 0.00 |
| ACCOUNT NO.   **1077995**<br><br>**Allied Credit/ Alliance**<br>**717 Constitution Drive**<br>**Exton, PA 19341** | | | 12/01/1998<br><br>**Collection Agency for Sound Credit Union** | | X | | 254.00 |

Sheet no. _1_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤           **$254.00**
(Total of this page)

Total ➤
(Use only on last page of the completed Schedule F.)

In re   **Gerald Alan Inman**                                                                    ,   Case No. _____
_____
**Debtor**                                                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **WSH9929759**<br><br>**Angela's Restaurant**<br>**807 Marina Village Parkway**<br>**Alameda, CA 94501** | | | 08/01/1998<br><br>**Bounced Check** | | X | | 0.00 |
| ACCOUNT NO.   **29844457384**<br><br>**Benificial**<br>**P.O. Box 1547**<br>**Chesapeake, VA 23327** | | | 02/01/1995<br><br>**Misc. Credit Card Purchases** | | X | | 3,526.00 |
| ACCOUNT NO.   **920171811257**<br><br>**Benificial**<br>**2700 Sanders Road**<br>**Prospect Heights, IL 60070** | | | 06/01/1998<br><br>**Misc. Credit Card Purcases** | | X | | 2,937.00 |
| ACCOUNT NO.   **9217180011**<br><br>**Benificial / HFC**<br>**P.O. Box 5985**<br>**Bridgewater, NJ 23327** | | | 06/01/1998<br><br>**Misc. Credit Card Purchases** | | X | | 3,865.00 |
| ACCOUNT NO.   **80272**<br><br>**Creditors Specialty SE**<br>**P.O. Box 764**<br>**Acton, CA 93510** | | | 01/01/2002<br><br>**Collection Agency for Westop Credit Union** | | X | | 9,000.00 |

Sheet no. _2_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    ➤

(Total of this page)

Total    ➤

(Use only on last page of the completed Schedule F.)

| |
|---|
| **$19,328.00** |
| |

In re  **Gerald Alan Inman**                                                                                    , **Case No.**
           Debtor                                                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **441712262230**<br><br>**First USA Bank**<br>**P.O. box 8650**<br>**Wilmington, DE 19399** | | | **07/01/1994**<br><br>**Misc. Credit Card Purchases** | | X | | 0.00 |
| ACCOUNT NO.  **38**<br><br>**Fred Meyer**<br>**10201 Southeast 240th**<br>**Kent, WA 98032** | | | **07/01/1997**<br><br>**Bounced Check** | | X | | 0.00 |
| ACCOUNT NO.  **604589118053**<br><br>**GEMB / Mervyn's**<br>**P.O. Box 981400**<br>**El Paso, TX 79998** | | | **08/01/1996**<br><br>**Misc. Credit Card Purchases** | | X | | 200.00 |
| ACCOUNT NO.  **541829229001**<br><br>**HHLD Bank**<br>**P.O. Box 98706**<br>**Las Vegas, NV 89193** | | | **11/01/1993**<br><br>**Misc. Credit Card Purchases** | | X | | 3,000.00 |
| ACCOUNT NO.  **541292290016433**<br><br>**HHLD Bank**<br>**P.O. Box 98706**<br>**Las Vegas, NV 89193** | | | **11/01/1993**<br><br>**Misc. Credit Card Purchases** | | X | | 3,000.00 |

Sheet no. _3_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

| | |
|---|---|
| **$6,200.00** | |

Total ➤ (Use only on last page of the completed Schedule F.)

In re   **Gerald Alan Inman** _____, Case No. _____
 　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **700105300071**<br><br>**HSBC / Eagle**<br>**200 enificial Center**<br>**Peapack, NJ 07977** | | | 07/01/1997<br><br>**Misc. Credit Card Purchases** | | X | | 1,883.00 |
| ACCOUNT NO.   **1999929**<br><br>**OSI Collections Services**<br>**P.O. Box 976**<br>**Brookfiel, WI 53008** | | | 07/01/1998<br><br>**Collection Agency for Albertson's** | | X | | 102.00 |
| ACCOUNT NO.   **1999947**<br><br>**OSI Collections Services**<br>**P.O. Box 976**<br>**Brookfiel, WI 53008** | | | 12/01/1998<br><br>**Collection Agency for Albertson's** | | X | | 64.00 |
| ACCOUNT NO.   **1999965**<br><br>**OSI Collections Services**<br>**P.O. Box 976**<br>**Brookfiel, WI 53008** | | | 12/01/1998<br><br>**Collection Agency for Albertson's** | | X | | 126.00 |
| ACCOUNT NO.   **1999960**<br><br>**OSI Collections Services**<br>**P.O. Box 976**<br>**Brookfiel, WI 53008** | | | 12/01/1998<br><br>**Collection Agency for Albertson's** | | X | | 123.00 |

Sheet no. _4_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

Total ➤ (Use only on last page of the completed Schedule F.)

| $2,298.00 |
|---|

In re __Gerald Alan Inman_____,   Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1999958**<br><br>**OSI Collections Services**<br>**P.O. Box 976**<br>**Brookfiel, WI 53008** | | | 12/01/1998<br><br>Collection Agency for Albertson's | | X | | 103.00 |
| ACCOUNT NO. **1999943**<br><br>**OSI Collections Services**<br>**P.O. Box 976**<br>**Brookfiel, WI 53008** | | | 12/01/1998<br><br>Collection Agnecy for Albertson's | | X | | 151.00 |
| ACCOUNT NO. **1999951**<br><br>**OSI Collections Services**<br>**P.O. Box 976**<br>**Brookfiel, WI 53008** | | | 12/01/1998<br><br>Collection Agency for Albertson's | | X | | 86.00 |
| ACCOUNT NO. **1999970**<br><br>**OSI Collections Services**<br>**P.O. Box 976**<br>**Brookfiel, WI 53008** | | | 01/01/1999<br><br>Collection Agency for Albertson's | | X | | 69.00 |
| ACCOUNT NO. **1999969**<br><br>**OSI Collections Services**<br>**P.O. Box 976**<br>**Brookfiel, WI 53008** | | | 12/01/1998<br><br>Collection Agency for Albertson's | | X | | 80.00 |

Sheet no. _5_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal ➤<br>(Total of this page) | **$489.00** |
| Total ➤<br>(Use only on last page of the completed Schedule F.) | |

In re   **Gerald Alan Inman** _____,   **Case No.** _____
        <span>Debtor</span>                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   514170<br><br>**Pacific Northwest Collection**<br>**819 Pacific Avenue**<br>**Tacoma, WA 98402** | | | 07/01/1999<br><br>**Collection Agency for Park Medows Apartments** | | X | | 2,217.00 |
| ACCOUNT NO.   514170<br><br>*Pacific Northwest Collection*<br>*819 Pacific Avenue*<br>*Tacoma, WA 98402* | | | 12/01/1998<br><br>*Collection Agency for Summit Trading* | | X | | 93.00 |
| ACCOUNT NO.   514170<br><br>**Park Medows Apartments**<br>**10550 Lake City Way**<br>**Seattle, WA 98125** | | | 07/01/1998<br><br>**Rent Owed for Vacated Apartment** | | X | | 0.00 |
| ACCOUNT NO.   11164090560124990<br><br>**Patric Beug, DDS**<br>**2802 South Meridian**<br>**Puyallup, WA 98373** | | | 02/01/1999<br><br>**Medical Bill** | | X | | 0.00 |
| ACCOUNT NO.   0400995674<br><br>**Providian Bank Corp**<br>**4940 Johnson DR**<br>**Pleasington, CA 94566** | | | 08/01/1995<br><br>**Misc. Credit Card Purchases** | | X | | 1,295.00 |

Sheet no. _6_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  (Total of this page)

Total ➤  (Use only on last page of the completed Schedule F.)

| | |
|---|---|
| | **$3,605.00** |
| | |

In re __Gerald Alan Inman_____,  Case No. _____
              Debtor                                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **12**<br>**Safeway**<br>**17051 Southeast 272nd Street**<br>**Covington, WA 98042** | | | **05/01/1997**<br><br>**Bounced Check** | | X | | 0.00 |
| ACCOUNT NO. **12**<br>**SCA Credit Inc.**<br>**P.O. Box 5757**<br>**Bellevue, WA 98008** | | | **05/01/1998**<br><br>**Collection Agency for Safeway Store** | | X | | 127.00 |
| ACCOUNT NO. **99052243**<br>**SCA Credit Inc.**<br>**P.O. Box 5757**<br>**Bellevue, WA 98008** | | | **02/01/1999**<br><br>**Collectio Agency for Signature Bail Bond** | | X | | 4,995.00 |
| ACCOUNT NO. **38**<br>**Seattle Service Bureau**<br>**18820 Aurora Avenue**<br>**Shoreline, WA 98133** | | | **07/01/1998**<br><br>**Collection Agency for Fred Meyer** | | X | | 239.00 |
| ACCOUNT NO. **99052243**<br>**Signature Bail Bond**<br>**428 Elm**<br>**Republic, WA 99166** | | | **02/01/1998**<br><br>**Unpaid Bail** | | X | | 0.00 |

Sheet no. _7_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)

Total ➤ (Use only on last page of the completed Schedule F.)

| | |
|---|---|
| Subtotal | **$5,361.00** |
| Total | |

In re   **Gerald Alan Inman**                        ,      Case No.    _____

                        Debtor                                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **1475540400**<br><br>**Sound Credit Union**<br>**P.O. Box 1595**<br>**Tacoma, WA 98401** | | | **09/01/1997**<br><br>**Misc. Credit Card Purchases** | | X | | 5,323.00 |
| ACCOUNT NO.  **1077995**<br><br>**Sound Credit Union**<br>**P.O. Box 1595**<br>**Tacoma, WA 98401** | | | **12/01/1997**<br><br>**Closed Bank Account** | | X | | 0.00 |
| ACCOUNT NO.  **179570400**<br><br>**Sound Credit Union**<br>**P.O. Box 1595**<br>**Tacoma, WA 98401** | | | **09/01/1997**<br><br>**Misc. Credit Card Purchases** | | X | | 5,323.00 |
| ACCOUNT NO.  **514170**<br><br>**Summit Trading**<br>**10409 Canyon Road East**<br>**Puyallup, WA 98373** | | | **12/01/1997**<br><br>**Bounced Check** | | X | | 0.00 |
| ACCOUNT NO.  **11164090560124990**<br><br>**Trojan Professional Service**<br>**P.O. Box 1270**<br>**Los Alamos, CA 90720** | | | **02/01/2000**<br><br>**Collection Agency for Patric Beug DDS** | | X | | 317.00 |

Sheet no. _8_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤

(Total of this page)

Total  ➤

(Use only on last page of the completed Schedule F.)

| | |
|---|---|
| **$10,963.00** | |

In re  __Gerald Alan Inman_____,     Case No. _____
                Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **80272** <br><br>**Westop Credit Union** <br>**2806 East Portland Avenue** <br>**Tacoma, WA 98404** | | | **01/01/2001** <br><br>**Personal Loan** | | X | | 0.00 |

Sheet no.  9  of  9  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤        **$0.00**
(Total of this page)

Total  ➤        **$48,586.00**
(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules)

In re:   **Gerald Alan Inman**                                                    Case No. _____
                        Debtor                                                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H
(6/90)

In re: **Gerald Alan Inman** , Case No. _____
          Debtor                                                       (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6I
(12/03)

In re   **Gerald Alan Inman** _____ , Case No. _____
                          Debtor                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Debtor's Age: **48**<br>Spouse's Age: | RELATIONSHIP<br>**Daughter**<br>**Daughter** | AGE<br>**19**<br>**16** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Maintnance** | |
| Name of Employer | **Delta Marine** | |
| How long employed | **5 years** | |
| Address of Employer | **1600 South 96th Street**<br>**Seattle, WA 98100** | |

| Income: (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | **3,249.98** | $ |
| Estimated monthly overtime | $ | **0.00** | $ |
| SUBTOTAL | $ | **3,249.98** | $ |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | **994.36** | $ |
| b. Insurance | $ | **0.00** | $ |
| c. Union dues | $ | **0.00** | $ |
| d. Other (Specify) | $ | **0.00** | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **994.36** | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | **2,255.61** | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | **0.00** | $ |
| Income from real property | $ | **0.00** | $ |
| Interest and dividends | $ | **0.00** | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | **0.00** | $ |
| Social security or other government assistance (Specify) | $ | **0.00** | $ |
| Pension or retirement income | $ | **0.00** | $ |
| Other monthly income (Specify) | $ | **0.00** | $ |
| TOTAL MONTHLY INCOME | $ | **2,255.61** | $ |

TOTAL COMBINED MONTHLY INCOME _____ **$ 2,255.61** _____ (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:              **NONE**

Form B6J
(6/90)

In re **Gerald Alan Inman** _____ , Case No. _____
     Debtor                                        (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,150.00 |
| Are real estate taxes included?   Yes _____ No ✔ | | |
| Is property insurance included?   Yes _____ No ✔ | | |
| Utilities   Electricity and heating fuel | $ | 150.00 |
|         Water and sewer | $ | 0.00 |
|         Telephone | $ | 25.00 |
|         Other   **Cellular Telephone** | $ | 90.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 350.00 |
| Clothing | $ | 100.00 |
| Laundry and dry cleaning | $ | 50.00 |
| Medical and dental expenses | $ | 50.00 |
| Transportation (not including car payments) | $ | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|         Homeowner's or renter's | $ | 0.00 |
|         Life | $ | 0.00 |
|         Health | $ | 0.00 |
|         Auto | $ | 0.00 |
|         Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|         Auto | $ | 0.00 |
|         Other   **Loan from Parents** | $ | 100.00 |
| Alimony, maintenance or support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____ | $ | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 2,265.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A. Total projected monthly income | $ | |
| B. Total projected monthly expenses | $ | |
| C. Excess income (A minus B) | $ | |
| D. Total amount to be paid into plan each _____ | $ | |
|                     (interval) | | |

In re: <u>**Gerald Alan Inman**</u>                                                        ,          Case No. _____
                   Debtor                                                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**22**_____

(Total shown on summary page plus 1.)

sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date:   **3 - 14 - 05**                              Signature: _~Gerell A. Inman~_____

                                                                                    **Gerald Alan Inman**

[If joint case, both spouses must sign]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petitioner preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Ann Shipley**                                                    **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**
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security Number
                                                                (Required by 11 U.S.C. § 110(C).)
**616 Jason Avenue North**
**Kent, WA  98030**
Address

Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

    NAME                                                  SOCIAL SECURITY NUMBER

    **Magen Merkle**                                       **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**

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x  _Ann Shipley_____                              _3-14-05_____
Signature of Bankruptcy Petition Preparer                           Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C §
110; 18 U.S.C. § 156.

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

---

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petitioner preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Magen Merkle**
_____
Printed or Typed Name of Bankruptcy Petition Preparer

**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**
_____
Social Security Number
(Required by 11 U.S.C. § 110(C).)

**616 Jason Avenue North**
**Kent, WA  98030**
_____
Address

X  _____
Signature of Bankruptcy Petition Preparer

3/14/05
_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title II and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.
11 U.S.C § 110; 18 U.S.C. § 156.

Form 7
(12/03)

**UNITED STATES BANKRUPTCY COURT**

**Western District of Washington**

In re:  **Gerald Alan Inman**
**1067**

Case No. _____

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **40,445.77** | **Delta Marine** | **2003** |
| **38,873.30** | **Delta Marine** | **2004** |
| **3,450.00** | **Delta Marine** | **2005 - YTD** |

### 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3. Payments to creditors

None
☑

a.  List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

b.  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☑

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None
☑

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ann Shipley** **616 Jason Avenue North** **Kent, WA 98030** | **2-16-05** | **$300.00** |

## 10. Other transfers

None
☑



a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13.  Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14.  Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None ☐ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| 1406 12th Avenue Northwest<br>Puyallup, WA 98371 | Gerald Inman | 8/2001-12/2004 |

## 16. Spouses and Former Spouses

None ☐ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**Robin Inman**

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.     List the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

c.     List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None ☑

## 18. Nature, location and name of business

None
☑

a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
| --- | --- |

* * * * * *

*[if completed by an individual or individual  and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    _3-14-05_

Signature
of Debtor   *Gerald A. Inman*
              **Gerald Alan Inman**

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Ann Shipley**
Printed or Typed Name of Bankruptcy Petition Preparer

**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**
Social Security Number
(Required by 11 U.S.C. § 110(c).)

**616 Jason Avenue North**

**Kent, WA 98030**

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document.

NAME                                         SOCIAL SECURITY NUMBER

**Magen Merkle**                             **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**

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _Ann Shipley_                              3-14-05
**Ann Shipley**                              Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C § 110; 18 U.S.C. § 156.*

---

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petitioner preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Magen Merkle**
Printed or Typed Name of Bankruptcy Petition Preparer

**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**
Social Security Number
(Required by 11 U.S.C. § 110(c).)

**616 Jason Avenue North**

**Kent, WA 98030**

Address

X _[signature]_                             3/14/05
Signature of Bankruptcy Petition Preparer    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title II and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## Western District of Washington

In re:  **Gerald Alan Inman**

**1067**

Case No. _____

Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 4 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _3-14-05_

Signed: _Gerald A. Inman_

**Gerald Alan Inman**

Signed: _Ann Shipley_

**Ann Shipley**

Social Security No. **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**

AAA Collectors, Inc.
2950 North Academy Blvd.
Colorado Springs, CO 80917

Albertson's
26100 Pacific Highway South
Kent, WA 98032

Allied Credit/ Alliance
717 Constitution Drive
Exton, PA 19341

Angela's Restaurant
807 Marina Village Parkway
Alameda, CA 94501

Benificial
P.O. Box 1547
Chesapeake, VA 23327

Benificial
2700 Sanders Road
Prospect Heights, IL 60070

Benificial / HFC
P.O. Box 5985
Bridgewater, NJ 23327

Creditors Specialty SE
P.O. Box 764
Acton, CA 93510

Fife Municipal Court
3737 Pacific Highway East
Tacoma, WA 98424

First USA Bank
P.O. box 8650
Wilmington, DE 19399


Fred Meyer
10201 Southeast 240th
Kent, WA 98032


GEMB / Mervyn's
P.O. Box 981400
El Paso, TX 79998


HHLD Bank
P.O. Box 98706
Las Vegas, NV 89193


HSBC / Eagle
200 enificial Center
Peapack, NJ 07977


Internal Revenue Service
Ogden, UT 84201


OSI Collections Services
P.O. Box 976
Brookfiel, WI 53008


Pacific Northwest Collection
819 Pacific Avenue
Tacoma, WA 98402


Park Medows Apartments
10550 Lake City Way
Seattle, WA 98125

Patric Beug, DDS
2802 South Meridian
Puyallup, WA 98373


Pierce District Court
1902 96th Street South
Tacoma, WA 98444


Providian Bank Corp
4940 Johnson DR
Pleasington, CA 94566


Safeway
17051 Southeast 272nd Street
Covington, WA 98042


SCA Credit Inc.
P.O. Box 5757
Bellevue, WA 98008


Seattle Service Bureau
18820 Aurora Avenue
Shoreline, WA 98133


Signature Bail Bond
428 Elm
Republic, WA 99166


Sound Credit Union
P.O. Box 1595
Tacoma, WA 98401


Summit Trading
10409 Canyon Road East
Puyallup, WA 98373

Trojan Professional Service
P.O. Box 1270
Los Alamos, CA 90720

Westop Credit Union
2806 East Portland Avenue
Tacoma, WA 98404

Official Form 8
( 12/03)

# UNITED STATES BANKRUPTCY COURT
## Western District of Washington

In re:  **Gerald Alan Inman**

**1067**

Case No. _____

Chapter    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

    a.  *Property To Be Surrendered.*

Description of Property                           Creditor's Name

        **None**

    b.  *Property To Be Retained.*                             *[Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) | Other |
|---|---|---|---|---|---|
| **None** | | | | | |

Date:  *3-14-05*

*[signature] Gerald A. Inman*
Signature of Debtor

---

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petitioner preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Ann Shipley**
Printed or Typed Name of Bankruptcy Petition Preparer

**616 Jason Avenue North**
**Kent, WA 98030**
Address

**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**
Social Security Number
(Required by 11 U.S.C. § 110(c).)

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.
    NAME                                     SOCIAL SECURITY NUMBER

    **Magen Merkle**                          **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**

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x *[signature] Ann Shipley*            *3-14-05*
Signature of Bankruptcy Petition Preparer        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*



## UNITED STATES BANKRUPTCY COURT
## Western District of Washington

In re:   **Gerald Alan Inman**

Case No. _____
Chapter   **7**

Debtor
Address : **1105 15th Street Northwest, Puyallup, WA 98371**

Social Security No(s).: **1067**

Employer's Tax Identification No(s). [if any]:

# DISCLOSURE OF COMPENSATION

1. Under 11 U. S. C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For document preparation services, I have agreed to accept | $ | 300.00 |
| Prior to the filing of this statement I have received | $ | 300.00 |
| Balance Due | $ | 0.00 |

2. I have prepared or caused to be prepared the following documents (itemize):

   **Bankruptcy Schedules**

   and provided the following services (itemize):

   **N/A**

3. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

4. The source of compensation to be paid to me is:

   ☐ Debtor          ☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.
6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

   NAME                                                    SOCIAL SECURITY NUMBER

   **Magen Merkle**                                        **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**

### DECLARATION OF BANKRUPTCY PETITION PREPARER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

x _Ann Shipley_                    **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**                    _3·14·05_
                                   Social Security No.                 Date
                                   (Required by 11 U.S.C. § 110(c).)

Name(Print):   **Ann Shipley**

Address:       **616 Jason Avenue North**

               **Kent,  WA  98030**

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U. S. C. § 110; 18 U. S. C. § 156.

CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petitioner preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Magen Merkle**
Printed or Typed Name of Bankruptcy Petition Preparer

**616 Jason Avenue North**
**Kent, WA 98030**
Address

X _____
Signature of Bankruptcy Petition Preparer

**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**
Social Security Number
(Required by 11 U.S.C. § 110(c).)

3/14/05
Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Form B19
(12/03)

# UNITED STATES BANKRUPTCY COURT
## Western District of Washington

In re:  **Gerald Alan Inman**                                          , Case No. _____

—————————————————————————————
                     Debtor(s)                                    Chapter     **7**

# CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Ann Shipley**
—————————————————————————————
Printed or Typed Name of Bankruptcy Petition Preparer
**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**
—————————————————————————
Social Security No.
(Required by 11 U.S.C. §110(c).)
**616 Jason Avenue North**
—————————————————————————————
**Kent,  WA  98030**
—————————————————————————————
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

    NAME                                        SOCIAL SECURITY NUMBER
    **Magen Merkle**                              **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**

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x  *Ann Shipley*                                **3-14-05**
—————————————————————         ——————————————————
Ann Shipley                                              Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. § 156.

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Magen Merkle**                                          **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**
—————————————————————————         ——————————————————
Printed or Typed Name of Bankruptcy Petition Preparer         Social Security No.
**616 Jason Avenue North**                              (Required by 11 U.S.C. §110(c).)
—————————————————————————————
**Kent,  WA  98030**
—————————————————————————————


—————————————————————————————
Address
x  *Magen Merkle*                                **3/14/05**
—————————————————————————         ——————————————————
**Magen Merkle**                                        Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure mau result in fines or imprisonment or both. 11 U.S.C §110; 18 U.S.C. § 156.

**OFFICE OF THE CLERK**
**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

Case Name:                                          Case No:

**Gerald Alan Inman**

If you intend to file a petition under the federal Bankruptcy Code, and your debts are primarily consumer debts, the clerk of the court is required, pursuant to 11 U.S.C. sec. 342(b), to notify you of the following chapters under which you may file:

**CHAPTER 7  -  LIQUIDATION or**
**CHAPTER 11 - REORGANIZATION or**
**CHAPTER 13 - ADJUSTMENT OF DEBTS OF AN**
**                    INDIVIDUAL WITH REGULAR INCOME**

If you have any questions regarding this notice, you should consult with an attorney.

MARK L. HATCHER
Clerk of the Bankruptcy Court

## ACKNOWLEDGEMENT

I certify that I have read this notice.

DATED    _03-14-05_              _Gerald A. Inman_
                                                    DEBTOR

**INSTRUCTIONS:** If the debtor is an individual, a copy of this notice, personally signed by the debtor, must accompany any bankruptcy petition filed with the clerk.   If filed by joint debtors, the notice must be personally signed by each.